THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF

ALLENTOWN, PENNSYLVANIA DIVISION


Samuel Healey,

Roth Healey,

James Healey,

Jennifer Smith,

         Petitioners.

      vs.

1.     Kerry L. Ostrander, Trustee, d/b/a Kerry L. Ostrander Trust and Agreement

2.     Gary Neil Asteak, Esquire

3.     Gregory C. Noll, Valley Land Services, Inc.

4.     Valley Land Services, Inc., et al.

5.     Michael Recchiuti, Esquire

6.     Anthony Altimore, Williams Township Zoning Officer

7.     Susan Borzak, Williams Township Zoning Officer

8.     Kevin Fogerty, Esquire

9.     Mark Luethe, Lehigh Engineering Associates, Inc.

10.    Lehigh Engineering Associates, Inc., et al.

11.    Kenneth Wong, Pennsylvania State Police

12.    Raynold Wilson, Hanover Engineering, Inc.

13.    Hanover Engineering, Inc.

14.    Michael Weston, Northampton County Sheriff's Department

15.    Northampton County Sheriff's Department

16.    Josh Shulman, Northampton County Courthouse / County Solicitor

17.    Northampton County Courthouse

       Respondents.

# TABLE OF CONTENTS

**EXHIBIT I — Original Notice and Record (Sections I–X)**

**I      Jurisdiction** ..................................................................................................1

**II     Introduction** ................................................................................................2

**III    Complete Record of State Proceedings** ............................................3

**IV     Incorporation of Prior Pleadings in State Court** ..........................4

**V      Prohibited Removals of State Court Cases** .....................................4

**VI     Overview of Ongoing Civil Rights Violations** ...............................5

**VII    Legal Warning: Operation without Valid Oaths, Bonds, or Delegation of Authority** ....................................................................................................7

**VIII   Classification of Violations as Insurrection and Domestic Terrorism** .........................................................................................................8

**IX     Specific Consequences for Failure to Cease and Correct** …………..……...................9

**X      Final Declaration** ......................................................................................10

# TABLE OF AUTHORITIES

**Statutes**

**28 U.S.C. § 1331 (Federal Question Jurisdiction)** ........................................................................1

**29 U.S.C. § 1367 (Supplemental Jurisdiction)** ..........................................................................1

**28 U.S.C. § 1443(1) (Civil Rights Removal)** ...........................................................................1,2,4

**28 U.S.C. § 1445** …………………………………………………………………………4

**28 U.S.C. § 1446(b) (Timeliness of Removal)** ...........................................................................1,2

**28 U.S.C. § 1447(b) (Procedure After Removal)**........................................................................3

**18 U.S.C. § 241 (Conspiracy Against Rights)** ..........................................................................2, 7

**18 U.S.C. § 242 (Deprivation of Rights Under Color of Law)** ................................................2,7

**42 U.S.C. § 1983 (Civil Action for Deprivation of Rights)** ...................................................2, 7, 9

**42 U.S.C. § 1985 (Conspiracy to Interfere with Civil Rights)** ....................................................7

**42 U.S.C. § 1986 (Neglect to Prevent Civil Rights Violations)** ..................................................7

**18 U.S.C. § 912 (False Impersonation)**........................................................................................7

**5 U.S.C. § 3331-3333 (Federal Oath Requirement)**....................................................................7

**U.S.C. § § 3-1-5 through 3-1-8 (State Oaths and Bond Requirements)**....................................7

**18 U.S.C. § 1962 (RICO)** .............................................................................................................8

**U.S. Code § 2331 (Definition of Domestic Terrorism)** ..............................................................8

**U.S. Code § 2339A–B (Material Support Statutes)** .........................................................................**8**

**U.S. Code § 2385 (Advocating Overthrow / Insurrection)** ..........................................................**8**

**15 U.S.C. Ch. 96 (UETA / ESIGN Act)** ........................................................................................**9**

# TABLE OF EXHIBITS

## Exhibit A — Professional Survey Errors by Valley Land Services, Inc.

- **A.1    Initial Survey and Reliance**……………………………………...……1

- **A.2    Unlawful Acreage Alteration and Instruction to Record a Correctional**

  **Deed**………………………………………………………………………1

- **A.3    Mismanagement of Client Files and Improper Disclosure**……………….2

- **A.4    Restaking Efforts and Subsequent Alteration of Site Plan**……………….2

- **A.5    Altered Property Description for Confirmatory Deed**………………….....3

- **A.6    Recorder of Deeds Refusal and Additional Notarization Requirement**……...3

- **A.7    Delayed Recording and Prejudice to Petitioners**…………………………4

- **A.8    Admission of Survey Errors by Mr. Noll**……………………….…………4

- **A.9    Unauthorized Entry and Attempted Evidence Interference**…………….....5

- **A.10   Request for Reimbursement**……………………………………………..5

- **A.11   Damages Summary**………………………………………………………5

## Exhibit B — Fence Permit, Township Conduct, and Administrative Failures

- **B.1    First Fence Permit Application**……………………………………………6

- **B.2    Denial Based on Speculation and Loss of Zoning Officer**………………..7

- **B.3    Right-to-Know Request and Adverse Possession Indicators**………………7

- **B.4    July 10, 2024 Notice of Ordinances and Restrictions**………………………8

- **B.5    Second Fence Permit Application**…………………………………………9

- **B.6    Five-Month Delay Between Approval and Notification**…………………………...10

- **B.7    Damages Summary**……………………………………………………………..10

## Exhibit C — Trespass, Encroachment, and Law Enforcement Interactions

- **C.1    October 2, 2023 Notice of Encroachment**………………………………………..12

- **C.2    May 9, 2024 Unauthorized Entry**………………………………………………...13

- **C.3    May 20, 2024 Continued Trespass**………………………………………………..13

- **C.4    May 28, 2024 Posting of Notices**……………………………………………….14

- **C.5    June 7, 2024 Trespass After Notice**……………………………………………15

- **C.6    June 12, 2024 Second Verbal Notice**………………………………………...15

- **C.7    September 8, 2024 Threatening Conduct**……………………………………..16

- **C.8    September 11, 2024 Temporary Delineation**………………………………..16

- **C.9    March 13, 2025 Trespass**………………………………………………………17

- **C.10    July 30, 2025 Trespass During Judicial Review**……………………………17

- **C.11    Summary of Evidence and Request for Sanctions**……………………………17

- **C.12    Damages Summary**……………………………………………………………..18

## Exhibit D — Evidence of Inadequate Legal Representation

- **D.1    August 30, 2024 Retainer for Quiet Title and Ejectment**…………………….20

- **D.2    September 30, 2024 Incomplete Filings**………………………………………20

- **D.3    October 18, 2024 Failure to Submit Video Evidence**…………………………21

- **D.4    April 2, 2025 Attempt to Secure Harmful Admissions**……………………..22

- **D.5**    **June 24, 2025 Pressure to Accept Inadequate Equitable Relief…………..…23**

- **D.6**    **July 30, 2025 Refusal to Pursue Damages……………………………….…23**

- **D.7**    **August 25, 2025 Court Order Concerning Attorney Michael D. Recchiuti….……………………………………………………….…....24**

- **D.8**    **Request for Reimbursement…………………………………………..…....26**

- **D.9**    **Damages Summary……………………………………………………….…26**

## Exhibit E — Improper Legal Filing and Oath Deficiencies

- **E.1**    **September 4, 2024 Improper Filing Seeking Ejectment………………….…28**

- **E.2**    **October 10, 2024 Absence of Required Oaths……………………………...29**

- **E.3**    **November 18, 2024 Stipulation and Continued Interference……………..…29**

- **E.4**    **June–July 2025: Continued Trespass Despite Court Order and Misrepresentations by GNA…………………………………………………30**

- **E.5**    **June 25–27, 2025: Collusive Conduct With Surveyor and Loss of Neutrality…………………………………………………………………..30**

- **E.6**    **October 6, 2025: Order Entered Based on Asteak's Proposed Order Despite Defendants' Objection………………………………………………………31**

- **E.7**    **Damages Summary (Time Lost, Fee Schedule, Calculations)........................31**

## Exhibit F — Documented Agreement With Hanover Engineering Associates, Inc. to Southwest Entry and the Surveyor's Non‑Compliant Conduct

- **F.1    December 18, 2024: Agreement to Enter Only at the Southwestern Corner and Immediate Breach…………………………………………………………………33**
- **F.2    December 19, 2024: Surveyor's Speculative Statements and Attempt to Reframe Property Rights…………………………………………………………34**
- **F.3    Damages Summary (Time Lost, Fee Schedule, Calculations)........................34**

## Exhibit G — Lehigh Engineering Associates, Inc.: Destruction of Property, Tampering With Evidence, Breach of Contract, Negligence, and Unprofessional Conduct

- **G.1    June 24, 2025: Court Appointment and Rope-Line Directive……………….36**
- **G.2    June 27, 2025: LEA Requests All Prior Survey Materials……………....…36**
- **G.3    June 30, 2025: LEA Acknowledges 24-Hour Notice Requirement…………..37**
- **G.4    July 1, 2025: Petitioners Provide Documents and Establish Entry Conditions…………………………………………………………...………...37**
- **G.5    July 2, 2025: LEA Violates Notice Requirement and Performs Negligent Field Work………………………………………………………………………38**
- **G.6    July 3, 2025: LEA Fails to Install Court-Approved Rope Line…………………………………………………………………………38**
- **G.7    July 30, 2025: LEA Rejects Rope Line and Enters Property Without Notice……………………………………………………………………..…39**
- **G.8    November 11, 2025: Petitioners Hire Independent Surveyor……………..…40**

- **G.9    December 8, 2025: LEA Trespasses, Destroys Evidence, and Conspires With Opposing Party……………………………………………………………....41**

- **G.10    February 4, 2026 Certified Objection to LEA and Notice of Duress………..42**

- **G.11    February 18, 2026 Motion by LEA/Fogerty to Compel Payment and Seek Sanctions…………………………………………………………………...43**

- **G.12    February 24, 2026: LEA Compels Payment Despite Negligent Work……...44**

- **G.13    March 3, 2026 Praecipe to Withdraw LEA's Motion…………………….…..44**

- **G.14    Damages Summary (Time Lost, Fee Schedule, Calculations).........................45**

## Exhibit H — Northampton County Recorder of Deeds' Denial of Statutory Recording and Improper Removal of Petitioners' Agent

- **H.1    August 29, 2025: Petitioners Obtain Independent Survey…………..………46**

- **H.2    November 24, 2025: Recorder of Deeds Refuses to Process Survey Without Solicitor Approval……………………………………………………………46**

- **H.3    December 4, 2025: Recorder of Deeds Refuses Recording and Has Petitioners Removed……………………………………………………………………47**

- **H.4    Damages Summary (Time Lost, Fee Schedule, Calculations).........................49**

In a petition for removal from the

Circuit Court of Northampton County, Pennsylvania

State Court Clause No.: C-48-CV-2024-8324

**Notice of Petition and Verified Petition for Warrant of Removal**

The Petitioners, Samuel. Healey, Roth. Healey, James. Healey, and Jennifer. Smith, and in direct support of their request for Removal of the above- encaptioned state court clause into the jurisdiction of this United States District Court, and on the federal questions involved, here in allege, state, and provide:

## I. Jurisdiction

1.      This Court now has proper jurisdiction over this cause of action for removal, pursuant to, but not limited to, the following statutory authorities: 15 U.S.C. § 1692k(d), and also 28 U.S.C. § 1443(1), 28 U.S.C. § 1446(b), 28 U.S.C. § 1331, and 29 U.S.C. § 1367. Moreover, this Court is an Article III court with the express authority to hear and adjudicate any questions arising under the Constitution, Laws, and Treaties of the United States, including but not limited to the Bill of Rights, the First Amendment, Fourth Amendment, Ninth Amendment, the Eleventh Amendment, the original Thirteenth Amendment, the Fourteenth Amendment, the International Covenant on Civil and Political Rights, and the Universal Declaration of Human Rights, with Reservations. See the Article VI Supremacy Clause of the Constitution of the United States of America, as lawfully amended (Hereinafter "Federal Constitution").

## II. Introduction

2.      The Petitioners complain of various willful, systemic deprivations of fundamental Rights guaranteed by the Federal Constitution, and/or by federal law, and which deprivations are civil violations of 42 U.S.C. § 1983, and also criminal violations of 18 U.S.C. §§ 241 and 242.

3.      Within the proceedings of the instant state court, Petitioners have duly advised the State Court judge, and all other parties – multiple times in official writing each – that Certain actions and judicial events are now existing, have been done, and are now further threatened against the Petitioners, in clear, unambiguous violations of basic Due Process, the Federal Constitution, state statutory law, federal statutory law, the Relevant rulings by the high state courts, and/or against the relevant rulings held unanimously by all of the several federal Circuit Courts of Appeals.

4.      This petition for warrant of removal insures to the very essence of the enactment and Clearly expressed purpose of 28 U.S.C. § 1443(1) by Congress, i.e. :to provide a Remedy for removal to a United States District Court when a state court litigant, "is Denied or can not enforce in the courts of such State a right under any law providing For the equal rights of citizens of the United States, or of all persons within the Jurisdiction thereof." Timeliness of, and Grounds for Removal.

5.      The relevant portion of 28 U.S.C. § 1446(b) that provides for this timely petition for Removal is re-stated here:

2

"If the case stated by the initial pleading is not removable, a notice of removal may be filed with after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, other paper from which it may first be ascertained that the case is one which is or has become removable." (emphasis supplied)

6. Timeliness of removal is shown by the attached Exhibit List, and its attached Exhibits within the Petitioner's objection to the Judges orders within en-captioned state court cause in its entirety.

7. Self-explanatory grounds for removal include: (1) willful pursuing of large sums of Money in knowing direct violation of expressly mandated state law, even further Clarified by knowing prohibition by the State high courts; all of which are (2) willful violations of the fundamental rights guaranteed by United States Federal Constitution; and, even further, (3) a knowing lack of jurisdiction over the Petitioners Herein, because they are not even parties to that state action.

### III. Complete Record of State Proceedings

8. The sheer volume of pleadings in the instant state court matter may well approximate in the range of two hundred (200) pages of various documents; This is primarily due to the constant civil rights violations that have been continually committed within that same ongoing matter.

9. Pursuant to the vested authority under 28 U.S.C. § 1447(b), this Court "may require the removing party to file with its clerk copies of all records and proceedings in such

State court or may cause the same to be brought before it by writ of certiorari issued to such State court."

10.    Reproduction of the entire state court record within this Court should not be necessary, but if it is deemed so necessary, Petitioners request this Court cause the same by writ of certiorari, or, alternatively direct the Petitioners to provide what portions it deems most necessary therein.

### IV. Incorporation of Prior Pleadings in State Court

11.    Petitioners hereby incorporate by reference all pleadings, papers, and effects heretofore, filed or otherwise lodged within the state proceedings the same as if fully set forth herein. Suggested Preliminary Procedures in This Cause.

12.    Petitioners suggest that, before this Court might consider any matter herein further, that this Court utilize its inherent authority, as well as the statutory authority vested. Under 28 U.S.C. § 1447(a), to issue one or more appropriate order(s), directing that to why this Court should not either: (1) issue any and all appropriate Declaratory and/or injunctive relief; and/or, (2) retain the removal permanently, and Further decide any or all other matters to the ends of justice therefore.

### V. Prohibited Removals of State Court Cases

13.    Petitioners note for the Court's convenience that 28 U.S.C. § 1443 (1) provides for the removal of any and all types of state court cases for violations of equal rights, with the

sole exceptions being only the following four (4) types of circumstances, Pursuant to 28 U.S.C. § 1445:

(a) A civil action against a railroad or its receivers or trustees

that arises under certain laws;

(b) A civil action against a carrier or its receivers or trustees that arises under certain laws;

(c) A civil action arising under the workmen's compensation laws; and,

(d) A civil action arising under section 40302 of the Violence against Women Act Of 1994.

14.     Therefore, civil rights violations against the Petitioners committed within the instant State court matter are perfectly proper grounds for removal to the United States District Courts.

### VI. Overview of Ongoing Civil Rights Violations

15.     Whether acting individually, or in either overt or covert concert, the Respondent, counsel for the Respondent, the judge of the state court proceeding, and the previous guardian ad-litem of the Respondent-Ward, and along with other incidental individuals, have continually and consistently victimized the Petitioners by committing numerous violations against their equal civil rights, by intentional, knowing, and willful obstructions and deprivations of the same rights, throughout the entire course of the state proceedings since its original inception. Such transgressions against peace, dignity, and the law have included: knowing refusals to recuse and

5

withdraw in the face of obvious conflicts - of - interest; abusing the power of a court of law to inflict false orders against persons and property; conspiring with the Respondent to assist and commit various direct frauds upon the court; conspiring with the Respondent to assist and commit forgery within certain pleadings filed in the state proceedings; numerous willful violations of fundamental Constitutional rights, threatening and intimidating the Petitioners during open court to no longer mention the Federal Constitution or to be subject to immediate "Contempt" incarceration therefore, and an entire plethora of violations so long in listing that it is utterly abominable to even consider the thought.

16.     Petitioners reiterate that their request for removal to this Court is not just about a Supported and reasonable expectation of some future manifest deprivations of their various civil, constitutional, and equal rights within the same said state court, but also that such a deliberately unlawful pattern of the same is well established. Threatened yet again, and must be stopped.

17.     Without the immediate intervention, and the exercise of full jurisdiction and authority by this Honorable Court in retaining said lower state proceedings, at the very least with which to issue such appropriate declaratory and injunctive relief as to due process and equal civil rights, that the Petitioners will be otherwise subjected to manifestly egregious denial and inability to enforce in said state court on or more rights under the laws providing for the equal rights of citizens of the United States, and will be likewise unlawfully forced to suffer manifestly irreparable harm and injuries therein, without any further reasonable remedy at law.

**VII. Legal Warning: Operation without Valid Oaths, Bonds, or Delegation of Authority**

6

NOTICE OF CONSEQUENCES FOR CONTINUED UNLAWFUL ACTION

TO ALL PUBLIC OFFICERS, AGENTS, ATTORNEYS, JUDGES, CLERKS, AND PRIVATE

ACTORS OPERATING UNDER COLOR OF LAW

Public Record Notice | U.S. Constitutional Authority | Statutory Mandate

Let it be known, and let no man say they were not warned:

18.    Any continued acts by public or private officers-whether judicial, legislative, executive, or administrative-without a verified, filed and witnessed Oath of Office and valid Public Official Bond constitute:

A Class A breach of public trust.

An act of fraud and impersonation of office.

A violation of 18 U.S.C. § 912 (False impersonation).

A violation of 18 U.S.C. § 241-242 (Conspiracy against rights; Deprivation of rights under color of law).

A violation of 42 U.S.C. § 1983-1986 (Civil rights violations; neglect to prevent).

19.    No valid public authority can exist in absence of constitutionally complaint, bonded and sworn oaths per:

Article VI, Clause 3, U.S. Constitution.

5 U.S.C. § 3331-3333 (Federal oath requirement).

SDCL §§ 3-1-5 through 3-1-8 (State oath and bond requirements).

20.    Such failure invalidates all judicial orders, administrative actions, elections, arrests, proceedings, and contracts executed thereafter as null and void ab initio.

See: Norton v. Shelby County, 118 U.S. 425 (1886).

## VIII. Classification of Violations as Insurrection and Domestic Terrorism

21.    Once notified, a public actor cannot claim ignorance. Continued violation triggers malice aforethought and intentional fraud:

Under U.S. Code § 2385, encouraging or executing unlawful usurpation of government offices constitutes insurrection, especially upon resistance to lawful correction.

Under U.S. Code § 2331 and § 2339A-B, obstruction, intimidation, and coercion by private BAR members operating as foreign agents constitutes domestic terrorism, especially when conducted under color of law to suppress rights.

Use of private tribunals or courts not established by constitutional warrant or Article III compliance is actionable under RICO (18 U.S.C. § 1962) and False Claims Act.

## IX. Specific Consequences for Failure to Cease and Correct

22.    All Unlawful Are Void – Any further attempts to enforce invalid decrees, fines, arrests, or prosecutions will be lawfully resisted and challenged with full due process under federal authority.

23. Civil and Criminal Exposure – All parties continuing to act without authority are personally liable and subject to:

Civil actions for damages under 42 U.S.C. § 1983.

Criminal complaints to DOJ, U.S. Marshals, and Interpol for human rights violations.

Commercial liens under UCC-1, filed against offending parties' bonds and assets.

24. Public Notice and Record Preservation – This notice is being:

Digitally signed and preserved under UETA and ESIGN Act (15 U.S.C. Ch. 96).

Circulated via certified notice, publication, and email to establish estoppel.

Logged in public domain for third-party enforcement, including marshals and lawful peace officers.

25. Demand for Remedy – You are hereby instructed:

To cease all activities unless and until your delegation of authority is proven and verified in the public record.

To produce valid Oaths and Bonds upon request within 72 hours.

To refrain from further retaliation, coercion, or fraud under penalty of law.

**X. Final Declaration**

26.     Failure to comply with this Notice and Lawful Demand will be taken as active admission of:

Willful and malicious fraud.

Impersonation of government office.

Insurrection against the organic Constitution.

Culpable participation in a criminal conspiracy against the People.

Correct the record, stand down, or be held liable.

10

WHEREFORE, the undersigned Petitioners, Samuel. HEALEY, Roth. HEALEY, James. HEALEY, and Jennifer. SMITH, now pray for retaining this removal of the instant state court matter under the jurisdiction of this United States District Court, also at a minimum for appropriate declaratory and injunctive relief, and/or to further decide supplementary matter, and for all other relief just and proper in the premises.

Dated: March___20th___, 2026 respectfully submitted,

Signed and Delivered with lawful authority,

By: Roth-Patrick :Healey

Propria Persona, All Rights Reserved

U.C.C. 1-308, without prejudice

2430 Butler Street #157

Easton, Pennsylvania [18042]

Phone: (610)737-4806

Email: rphealey@pm.me

Printed Name:_____Roth-Patrick :Healey_____

Signature:_____POA IN FACT_____

## Verification

We hereby declare, verify, certify and state, pursuant to the penalties of perjury under The laws of the United States, and by the provisions of 28 U.S.C. § 1746, that the above And foregoing representations are true and correct to the best of our knowledge, Information, and belief.

Executed at Easton, Pennsylvania, this _20th_ day of March, 2026.

Dated: March _20th_, 2026 respectfully submitted,

Signed and Delivered with lawful authority,

By: Roth-Patrick :Healey

Propria Persona, All Rights Reserved

U.C.C. 1-308, without prejudice

2430 Butler Street #157

Easton, Pennsylvania [18042]

Phone: (610)737-4806

Email: rphealey@pm.me

Printed Name: _____ Roth-Patrick :Healey _____

Signature: _____ POA IN FACT _____

**Certificate of Service**

I, hereby certify that I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on this 18th day of March 2026, which automatically sends notice and a copy of Filing to all counsel of record.

Dated: March _20Th_, 2026 respectfully submitted,

Signed and Delivered with lawful authority,

By: Roth-Patrick :Healey

Propria Persona, All Rights Reserved

U.C.C. 1-308, without prejudice

2430 Butler Street #157

Easton, Pennsylvania [18042]

Phone: (610)737-4806

Email: rphealey@pm.me

Printed Name:        Roth-Patrick :Healey

Signature:_____ PhA IN FACT